Circuit Court of Appeals for the Second Circuit granted. *Mr. Benjamin S. Kirsh* and *Miss Susan Brandeis* for petitioner. *The Attorney General* for the United States.

No. 844. PACIFIC AMERICAN FISHERIES *v.* TERRITORY OF ALASKA. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. E. S. McCord, Mr. Warren Gregory* and *Mr. R. E. Robertson* for petitioner. *Mr. John Rustgard* for respondent.

No. 864. OSCAR THORNTON ET AL. *v.* UNITED STATES. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. E. K. Wilcox* and *Mr. John W. Bennett* for petitioners. *The Attorney General* for the United States.

No. 872. PANAMA RAILROAD COMPANY *v.* AGAPITO VASQUEZ, AS ADMINISTRATOR, ETC. March 9, 1925. Petition for a writ of certiorari to the Supreme Court of the State of New York granted. *Mr. Richard Reid Rogers* for petitioner. *Mr. Frederick R. Grover, Mr. Cletus Keating* and *Mr. Vernon S. Jones* for respondent.

No. 876. ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY *v.* ODELL MILLS, AS ADMINISTRATRIX OF THE ESTATE OF IRA S. MILLS, DECEASED. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Forney Johnston* for petitioner. No appearance for respondent.

No. 891. CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY *v.* EDITH F. COOGAN, SPECIAL ADMINISTRATRIX,

ETC. March 16, 1925. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota granted. *Mr. F. W. Root* and *Mr. O. W. Dynes* for petitioner. *Mr. Lyle Pettijohn* for respondent.

No. 922. HARTFORD ACCIDENT & INDEMNITY COMPANY OF HARTFORD *v.* SOUTHERN PACIFIC COMPANY ET AL. March 16, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. E. C. Brandenburg* for petitioner. No appearance for respondents.

No. 931. HENRY P. KEITH, LATE COLLECTOR, ETC., *v.* EMMA B. JOHNSON, AS ADMINISTRATRIX, ETC. March 23, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Beck* for petitioner. *Mr. Sidney V. Lowell* for respondent.

No. 960. UNITED STATES *v.* JAMES DAUGHERTY. April 13, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Beck, Assistant Attorney General Donovan* and *Mr. H. S. Ridgely* for the United States. *Mr. John Spalding Flannery* for respondent.

No. 966. CHESAPEAKE & OHIO RAILWAY COMPANY *v.* ANNIE NIXON, ADMINISTRATRIX. April 13, 1925. Petition for a writ of certiorari herein to the Supreme Court of Appeals of the State of Virginia granted. *Mr. Randolph Harrison* for petitioner. No appearance for respondent.